# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 18-14503-CIV-MIDDLEBROOKS/Reid

EARL BUTLER,

    Petitioner,

v.

MARK INCH,

    Respondent.

_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE comes before the Court on Magistrate Judge Lisette M. Reid's Report, issued on August 6, 2020. (DE 27). The Report recommends denying Petitioner Earl Butler's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254. (*Id.*). Petitioner filed Objections to the Report, which were entered on the docket on October 26, 2020. (DE 30).

I have conducted a *de novo* review of the Report, objections, and the record as a whole. Petitioner raises seven claims of ineffective assistance of trial counsel. The Report concludes that one sub-part of Ground One of the Petition was properly exhausted and therefore amenable to review, but that on the merits, the claim fails because the state court decision was supported by the record. The Report concludes that the ineffective assistance of counsel claims in Grounds Two through Seven were not raised in the Second District Court of Appeal following denial of Petitioner's state post-conviction motion, and therefore those claims are unexhausted and procedurally barred from review in this 2254 proceeding.

I have considered Petitioner's Objections and the attachments thereto. Upon review, I agree with Magistrate Judge Reid's conclusions, and find that the reasoning in the Report is accurate and thorough. Further, I find that Movant has failed to make "a substantial showing of the denial of a

constitutional right" sufficient to support the issuance of a Certificate of Appealability. *See* 28 U.S.C. § 2253.

Accordingly, it is **ORDERED AND ADJUDGED** that:

(1) Petitioner's Objections to the Magistrate's Report (DE 30) are **OVERRULED**.

(2) Magistrate Judge Reid's Report (DE 27) is hereby **ADOPTED**.

(3) Petitioner's *pro se* Final Amended Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (DE 16) is **DENIED.**

(4) A Certificate of Appealability is **DENIED**.

(5) Final judgment will be entered by separate Order.

**SIGNED** in Chambers in West Palm Beach, Florida, this 23rd day of March, 2020.

Donald M. Middlebrooks
United States District Judge

Copies to: Magistrate Judge Lisette Reid;
Counsel of Record;
Earl G. Butler
G02261
Desoto Annex
Inmate Mail/Parcels
13617 SE Highway 70
Arcadia, FL 34266
PRO SE